John Tehranian (Bar No. 211616)
jtehranian@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

Jonathan O. Ballard (Bar No. 327489)
ballard@onellp.com
**ONE LLP**
9301 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90210
Telephone: (310) 866-5157
Facsimile: (310) 943-2085

Attorneys for Plaintiff
Alexander Bayonne Stross

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ALEXANDER BAYONNE STROSS, an individual, | Case No. 2:20-cv-09438 JFW (AGRx) Hon. John F. Walter |
| Plaintiff v. | **JUDGMENT** |
| HICONSUMPTION LLC, a California limited liability company, | |
| Defendants. | |

**JUDGMENT**

This Judgment is entered by stipulation of Plaintiff Alexander Bayonne Stross and Defendant HiConsumption LLC pursuant to the Offer of Judgment made under Fed. R. Civ. P. 68 by HiConsumption LLC and the acceptance thereof by Stross. (Dkt. 27–27-1.)

**IT IS HEREBY ORDERED** that judgment shall be entered against Defendant HiConsumption LLC ("HiConsumption") for $25,000.00, exclusive of costs and fees, which HiConsumption shall pay to Plaintiff Alexander Bayonne Stross ("Stross") for the claims or causes of action Stross has brought against HiConsumption in this action. The amount of recoverable costs and attorneys' fees due to Stross from HiConsumption will be determined by mutual agreement between Stross and HiConsumption, or, in case an agreement cannot be reached, by an amount, if any, to be determined by the Court following full briefing, and the Court hereby retains jurisdiction to adjudicate any forthcoming motion for fees and costs .

**IT IS FURTHER ORDERED** that HiConsumption is hereby permanently enjoined from making any further reproduction, distribution, public display or other use of the seven photographs identified in Plaintiff's Complaint. (Dkt. 1).

**IT IS FURTHER ORDERED** that HiConsumption shall pay this judgment within thirty (30) days of its entry.

Dated: April 5, 2021

John F. Walter
United States District Judge

2
**JUDGMENT**